UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANZHOU LEADER INDUSTRY LIMITED,

          Plaintiff,

-*against*-

QUANZHOUSHI YUESI COMMERCE CO. LTD.,

          Defendant.

**ORDER**

25-cv-04496 (ER)

RAMOS, D.J.

    Quanzhoushi Yuesi Commerce Co. Ltd. filed a motion to dismiss the complaint on July 18, 2025. Doc. 16. The Court sets the following briefing schedule: (1) opposition due August 8, 2025 and (2) reply due August 15, 2025.

    SO ORDERED.

Dated:    July 22, 2025
            New York, New York

                                          EDGARDO RAMOS, U.S.D.J.